UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-108(01) RM |
| ) | |
| THOMAS MAXWELL ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 17, 2009 [Doc. No. 10]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Thomas Maxwell's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 2 and 924(c).

SO ORDERED.

ENTERED:   October 8, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court